IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL MORSE, ) <br> a/k/a Michael Morrison ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR13-5185BHS <br><br> AMENDED ORDER FOR MENTAL HEALTH EVALUATION PURSUANT TO 18 USC § 4241(a) & (b) |

THIS MATTER having come on before this Court on October 31, 2013, upon the motion of the defendant for a mental health evaluation to determine his competency to stand trial.  That said order entered October 31, 2013 is hereby amended as follows:

It is hereby ORDERED, ADJUDGED AND DECREED that Michael Morse, defendant herein, shall submit to a mental health evaluation pursuant to 18 USC § 4241(a).  It is further

ORDERED, ADJUDGED AND DECREED that Dr. Mark Whitehill, Ph.D., 3819 – 100th Street SW, Suite 6B, Lakewood, Washington 98499 is hereby appointed to perform a psychological evaluation of Mr. Morse and to provide his report to defense counsel on or before January 31, 2014.  18 U.S.C. 4241(b).  It is further

ORDERED, ADJUDGED AND DECREED that Dr. Whitehill's fees of $2,800.00 at the rate of $200 per hour are hereby approved.  This rate is reasonable and necessary and does not include any trial testimony.  It is further

AMENDED EX PARTE ORDER FOR MENTAL
HEALTH EVALUATION - 1

**HESTER LAW GROUP, INC., P.S.**
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157

ORDERED, ADJUDGED AND DECREED that the mental health examination shall be limited to such matters that are necessary to evaluate the condition in controversy, to-wit: psychological/ psychiatric evaluation to determine defendant's competency to stand trial. It is further

ORDERED, ADJUDGED AND DECREED that the examination shall take place at the Federal Detention Center, 2425 South 200th Street, Seattle, Washington 98188.  It is further

ORDERED, ADJUDGED AND DECREED that all other conditions set forth in the order entered October 31, 2013, not amended by this order, shall remain in full force and effect.

Dated this 11th day of December, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

HESTER LAW GROUP, INC., P.S.
Attorneys for defendant


By:_____
   Brett A. Purtzer
   WSB #17283

AMENDED EX PARTE ORDER FOR MENTAL
HEALTH EVALUATION - 2

**HESTER LAW GROUP, INC., P.S.**
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157