Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL MORSE,<br><br>Defendant. | NO. CR13-5185BHS<br><br>ORDER TO SEAL |

Having read the Government's Emergency Motion for a Competency Examination in the above-captioned case, which was filed under seal, and Government's Motion to Seal requesting that the Government's Emergency Motion for a Competency Examination be allowed to remain under seal,

It is hereby ORDERED that the Government's Emergency Motion for a Competency Examination in this matter shall remain sealed.

DATED this 4th day of March, 2014.

*[signature]*
BENJAMIN H. SETTLE
United States District Judge

ORDER TO SEAL/MORSE - 1
CR13-5185BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970