Judge Benjamin H. Settle

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL MORSE,<br><br>Defendant. | NO. CR13-5185BHS<br><br>ORDER FOR COMPETENCY EXAMINATION |

THIS MATTER having come before the Court upon motion for a competency examination by the United States pursuant to Title 18, United States Code, § 4241, the Court being familiar with the records and files herein and having been fully advised enters the following order:

IT IS HEREBY ORDERED that the defendant, MICHAEL MORSE shall be committed to the Bureau of Prisons for purposes of having a competency examination by a qualified psychiatrist or psychologist with the Bureau of Prisons pursuant to 18 U.S.C.§ 4241.

IT IS FURTHER ORDERED that the report generated pursuant to this Order be prepared and disseminated in accordance with the requirements set forth in Title 18, United States Code, § 4247(c).

ORDER FOR COMPETENCY EXAMINATION/MORSE - 1
CR13-5185BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  IT IS FURTEHR ORDERED that this examination be conducted within 30 days
2  of this order unless the designated psychologist needs additional time in which case the
3  psychologist will petition this Court for an extension of time not to exceed an additional
4  15 days.
5  IT IS FURTHER ORDERED pursuant to Title 18, United States Code, §
6  3161(h)(1)(A), that any period of delay in the defendant's trial resulting from any
7  proceeding to determine the mental competency of the defendant, including the above-
8  ordered psychiatric examination, be excluded in computing the time within which the
9  trial of the defendant must commence.
10  DATED this 4th day of March, 2014.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/Bruce F. Miyake*
BRUCE F. MIYAKE
Assistant United States Attorney

ORDER FOR COMPETENCY EXAMINATION/MORSE - 2
CR13-5185BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970