THE HONORABLE BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff,     )   No. CR13-5185BHS
                           )
      vs.                  )   STIPULATED MOTION AND
                           )   ORDER TO CONTINUE
MICHAEL MORSE,             )   STATUS CONFERENCE
a/k/a Michael Morrison     )
                           )
            Defendant.     )
_____)

COMES NOW the defendant herein, Michael Morse, by and through his attorney, Brett A. Purtzer of the Hester Law Group, Inc., P.S., and moves this court to continue the status conference hearing presently set for April 28, 2014 to May 12, 2014 at 3:30 p.m.

THIS MOTION is based on the files and records herein and upon the agreement of the parties.

DATED this 25th day of April, 2014.

HESTER LAW GROUP, INC., P.S.        ASSISTANT UNITED STATES
Attorneys for defendant             ATTORNEY


By: _____       By: _____  per email
    Brett A. Purtzer                    Bruce Miyake
    WSB #17283                          WSB #

STIPULATED MOTION AND ORDER CONTINUING        HESTER LAW GROUP, INC., P.S.
STATUS CONFERENCE - 1                         1008 SOUTH YAKIMA AVENUE, SUITE 302
                                              TACOMA, WASHINGTON 98405
                                              (253) 272-2157

## ORDER

Before this court is a motion to continue the status conference presently scheduled for April 28, 2014 as the Government's expert has been given until May 7, 2014 in which to complete their evaluation of Mr. Morse.

AUSA Bruce Miyake is aware of this motion and has no objection to this request.

That the Court finds, after a consideration of all relevant information and the circumstances of this case, that without this continuance the defendant will be prejudiced and the ability to properly prepare for trial would be impaired. Failure to grant a continuance under these circumstances would result in a miscarriage of justice. The ends of justice would best be served by the granting of the motion to ensure continuity of counsel and adequate trial preparation. The ends of justice outweigh the best interests of the public and the defendant in having the matter brought to trial sooner.

For these reasons, the Court finds the defendant's motion for continuance should be granted.

The status conference date of April 28, 2014 is hereby STRICKEN and the status conference hearing shall be continued to May 12, 2014 at 3:30 p.m.

IT IS SO ORDERED.

DONE IN OPEN COURT this 25 day of April, 2014.

_____
BENJAMIN H. SETTLE

HESTER LAW GROUP, INC., P.S.
Attorneys for defendant

By: _____
Brett A. Purtzer
WSB #17283

ASSISTANT UNITED STATES ATTORNEY

By: _____ per email
Bruce Miyake
WSB #

STIPULATED MOTION AND ORDER CONTINUING
STATUS CONFERENCE - 2

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157

## CERTIFICATE OF SERVICE

Lee Ann Mathews, hereby certifies under penalty of perjury under the laws of the State of Washington, that on the day set forth below, I delivered true and correct copies of the Stipulated Motion and Order Continuing the Status Conference to which this certificate is attached, e-mail to the following:

United States Attorney's Office – Bruce Miyake

United States District Court Clerk's Office

and by U.S. Mail to:

Michael Morse - defendant

Signed at Tacoma, Washington this 25th day of April, 2014.

/s/ Lee Ann Mathews
Lee Ann Mathews

STIPULATED MOTION AND ORDER CONTINUING
STATUS CONFERENCE - 3

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157