UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>MICHAEL MORSE,<br><br>               Defendant. | NO. CR13-5185BHS<br><br>ORDER TO SEAL |

    Having read the Joint Emergency Motion to Release Records in the above-captioned case, which has been requested to be sealed, and the Government's Motion to Seal requesting that said document be allowed to remain under seal,

    It is hereby ORDERED that the Joint Emergency Motion to Release Records, filed under seal, shall be sealed and remain sealed.

    DATED this 5th day of June, 2014.

                                          BENJAMIN H. SETTLE
                                          United States District Judge

Presented by:

*s/Bruce F. Miyake*
BRUCE F. MIYAKE
Assistant United States Attorney

ORDER TO SEAL - 1
CR13-5185BHS / MICHAEL MORSE