UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MICHAEL MORSE,<br><br>Defendant. | NO. CR13-5185BHS<br><br>ORDER ON COMPETENCY |

This Court being familiar with the records and files herein, and having reviewed the psychological reports from Dr. Mark Whitehill and Dr. Ryan Nybo, as well as the stipulation of the parties makes the following findings and order:

On October 22, 2013, the defendant, MICHAEL MORSE raised the issue of competency.

This Court granted MORSE's request for a psychological examination. This was conducted by Mark Whitehill, PhD.

This Court also granted the government's request for a second competency evaluation. A second competency evaluation was conducted by Bureau of Prison's Forensic Psychologist, Ryan Nybo, PhD.

MORSE, after reviewing both reports, decided to withdraw his request for a competency hearing and the parties have stipulated that MORSE is competent to stand trial.

ORDER ON COMPETENCY/MORSE - 1
CR13-5185BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Based upon the stipulation of the parties, this Court enters this order finding
2  MICHAEL MORSE is mentally competent to understand the nature and consequences of
3  the proceedings against him and is competent to assist properly in his defense.
4  DATED this 20th day of June, 2014.

[signature]

BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/Bruce Miyake*
BRUCE F. MIYAKE
Assistant United States Attorney

*s/Brett Purtzer*
Attorney for Michael Morse

ORDER ON COMPETENCY/MORSE - 2
CR13-5185BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970