UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL MORSE, a/k/a Michael Morrison,<br><br>　　　　　Defendant. | CASE NO. CR13-5185BHS<br><br>ORDER |

This matter comes before the Court on the parties Emergency Stipulated Motion to Continue the Trial Date. The Court, having considered the stipulated motion and the subjoined declaration of Assistant United States Attorney Bruce Miyake, and being familiar with the entire file makes the following findings of fact and conclusions of law:

1. A continuance of the trial date is necessary to allow the defense adequate time to explore legal issues related to Defendant's status as a potential Armed Career Offender, which impacts the Defendant's sentencing exposure.

2. Two of the government's witnesses are unavailable for the current trial date of September 2, 2014, and defense counsel is scheduled to start an aggravated murder trial in October, 2014.

ORDER - 1

3. The defense needs additional time to explore all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

4. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation his defense, to explore resolution of this case before trial and to substantially ensure continuity of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

5. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

6. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B).

7. Defendant waived speedy trial through January 31, 2015.

NOW, THEREFORE, IT IS HEREBY ORDERED

That the trial date is continued from September 2, 2014, to December 9, 2014, at 9:00 a.m. Pretrial Conference is set for December 1, 2014, at 2:30 p.m. Pretrial motions are due by October 29, 2014. The resulting period of delay from August 21, 2014, December 9, 2014, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B)

Dated this 26th day of August, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 2