UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | NO. CR13-5185BHS |
| v. | ORDER TO SEAL |
| MICHAEL MORSE, | |
| Defendant. | |

Having read the Stipulated Motion for a Protective Order in the above-captioned case, which has been requested to be sealed, and the Government's Motion to Seal requesting that said document be allowed to remain under seal,

It is hereby ORDERED that the Stipulated Motion for a Protective Order, filed under seal, shall be sealed and remain sealed.

DATED this 21st day of November, 2014.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/Bruce F. Miyake*
BRUCE F. MIYAKE
Assistant United States Attorney

ORDER TO SEAL - 1
CR13-5185BHS / MICHAEL MORSE